UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

GLENN TERRANCE WILLIAMS,

        Petitioner,

v.                                                        Case No. 10-10246

LLOYD RAPELJE,

        Respondent.
                                    /

**ORDER DENYING PETITIONER'S MOTION FOR ORAL ARGUMENT**

        This is a habeas case filed under 28 U.S.C. § 2254. Petitioner Glenn Terrance Williams challenges his convictions for two counts of armed robbery. Petitioner's Motion for Oral Argument is currently before the court.

        A federal district court can grant oral argument in a habeas case where it would assist in resolving the matters raised in the habeas petition. *See e.g., Haskell v. Berghuis*, 695 F. Supp. 2d 574, 584 (E.D. Mich. 2010). The court finds, at this time, that oral argument is not necessary. If, at a later date, the court determines that oral argument would be beneficial, the court will schedule oral argument without necessity of the filing of an additional motion. Accordingly,

        IT IS ORDERED that Petitioner's "Motion for Oral Argument" (Dkt. # 12) is DENIED.

                                                      S/Robert H. Cleland
                                                      ROBERT H. CLELAND
                                                      UNITED STATES DISTRICT JUDGE

Dated: June 18, 2014

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, June 18, 2014, by electronic and/or ordinary mail.

                                           S/Lisa Wagner
                                           Case Manager and Deputy Clerk
                                           (313) 234-5522