# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

---

GLENN TERRANCE WILLIAMS,

      Petitioner,

v.

                                    Case No. 10-10246

LLOYD RAPELJE,

      Respondent.

_____/

## JUDGMENT

In accordance with the court's "Opinion and Order Denying Petition For Writ Of Habeas Corpus And Denying Certificate of Appealability," dated March 4, 2016,

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of Respondent Lloyd Rapelje and against Petitioner Glenn Williams.  Dated at Detroit, Michigan, this 4th  day of March 2016.


                        S/Robert H. Cleland
                      ROBERT H. CLELAND
                      UNITED STATES DISTRICT JUDGE


Dated:  March 4, 2016


I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, March 4, 2016, by electronic and/or ordinary mail.


                        S/Lisa Wagner
                      Case Manager and Deputy Clerk
                      (313) 234-5522